IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00353-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| NICKIE RAY SMITH, | |
| Defendant. | |

This matter comes before the court on a pro se letter from Defendant [DE 40]. The court will hear from the parties regarding the contents of this letter during Defendant's arraignment on April 7, 2025.

SO ORDERED this 31st day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE